# UNITED STATES DISTRICT COURT

FILED
CHARLOTTE, NC

for the
Western District of North Carolina

OCT 01 2018

US District Court
Western District of NC

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
)  Case No. 3:18-MJ-323-1
FACEBOOK Account: 100000333986971 (TARGET )
ACCOUNT 5) THAT IS STORED AT PREMISES )
CONTROLLED BY FACEBOOK )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____Northern_____ District of _____California_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1962(d) | RICO Conspiracy |

The application is based on these facts:
See attached Affidavit of Task Force Officer Michael W. Sardelis.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Michael W. Sardelis, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/1/18

_____
*Judge's signature*

City and state: Charlotte, North Carolina        David C. Keesler, United States Magistrate Judge
*Printed name and title*