# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH
FACEBOOK USER IDs

1. **"100001137247042" (TARGET ACCOUNT 1)**

2. **"100001082755660" (TARGET ACCOUNT 2)**

3. **"100011837623334" (TARGET ACCOUNT 3)**

4. **"100002105681156" (TARGET ACCOUNT 4)**

5. **"100000333986971" (TARGET ACCOUNT 5)**

THAT IS STORED AT PREMISES
CONTROLLED BY FACEBOOK INC.

Case No. **3:18-MJ- 323**

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Task Force Officer Michael W. Sardelis, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I make this Affidavit in support of an Application for a Search Warrant for information associated with a certain Facebook user IDs that are stored at premises owned, maintained, controlled, or operated by Facebook Inc. ("Facebook"), a social networking company headquartered in Menlo Park, California. The information to be searched is described in the following paragraphs and in Attachment A. This Affidavit is made in support of an

Application for a Search Warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the user ID.

2.     I am a Task Force Officer with the Federal Bureau of Investigation (FBI), and have been since October 2010.  I am assigned to the Safe Streets Task Force Gang Unit at the Charlotte Division of the FBI.  During this time and prior to my assignment with the FBI, I have been employed since 1999 by the Charlotte Mecklenburg Police Department (CMPD) in Charlotte, North Carolina.  In 2010, I was assigned to the CMPD's Gang Unit on a full time basis.  During this time, I was assigned as a TFO with the Department of Homeland Security's Gang Unit and then as a TFO with the FBI's Safe Streets Task Force Gang Unit.  In my current capacity, I am assigned to investigate gang related crimes, including but not limited to, narcotics trafficking, murder, assault, weapons possession, fraud, interstate transportation of stolen automobiles and other property, the investigation of organized criminal activities and the laundering of monetary instruments associated with these crimes.  I have received numerous training in gang identification, narcotics, firearm related crimes, computer forensics, cell phone forensics, social media investigations, and other types of investigations through the FBI, CMPD, and other agencies.

3.     The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This Affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.     Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 1962(c) and (d) have been

2

committed by **WESLEY HOWZE, JALEN HACKNEY, MARQUEL CUNNINGHAM,** and other persons known and unknown. **MALIK BROWN** is a victim of a crime committed by HACKNEY and others known through this investigation **(TARGET SUBJECTS).** There is also probable cause to search the information described in Attachment A for evidence of these crimes and contraband or fruits of these crimes, as described in Attachment B.

## BACKGROUND – UNITED BLOOD NATION

5.     The Federal Bureau of Investigation (FBI) and other law enforcement agencies are currently investigating members and associates of the United Blood Nation "UBN", a national criminal street gang with local "hoods" or "sets" in Mecklenburg County, North Carolina and elsewhere for violations of federal law. Specifically, law enforcement officers are investigating the members of the UBN for violating the following offenses: 18 U.S.C. § 1962(c) and (d), Racketeer Influenced and Corrupt Organization (RICO), by conducting and conspiring to conduct the affairs of an enterprise, as defined in Section 1961(4) of Title 18, United States Code, that is, a group of individuals associated in fact, although not a legal entity, to wit, the TARGET SUBJECTS and others, the activities of which affect interstate and foreign commerce, through a pattern of racketeering activity, consisting of acts indictable under federal law involving drug distribution (21 U.S.C. § 841(a)(1)), drug conspiracy (21 U.S.C. § 846), Hobbs Act robbery (18 U.S.C. § 1951), Interstate or Foreign Travel or Transportation in Aid of Racketeering Enterprise (18 U.S.C. § 1952); financial institution fraud (18 U.S.C. § 1344) and acts chargeable under North Carolina state law involving murder and attempted murder (N.C. Gen. Stat. §§ 14-17/14-2.5), and robbery (N.C. Gen. Stat. §14-87). There is also probable cause to believe that the TARGET SUBJECTS are involved in violent crimes in aid of racketeering (18 U.S.C. § 1959), and certain firearms offenses (18 U.S.C. §§ 922 and 924).

3

6.     Investigators have obtained information from interviews with numerous UBN members, defendants, and cooperators; consensually monitored telephone conversations; Title III wire and electronic interceptions; pole camera footage; geo-location data; police reports; and other law enforcement agents and officers who are familiar with the UBN.

7.     The UBN is the East Coast off-shoot of the California based criminal street gang commonly known as the "Bloods." The Bloods gang was founded in Los Angeles in the 1970's as a response to the rise and dominance of the Crips street gang. The UBN is only loosely affiliated with west coast Bloods, and began as a prison gang in the state of New York in 1993. The gang was formed by prisoners in order to give themselves protection from other gang members in the prison system. Since its inception, the UBN has spread throughout the eastern and central United States, and now has a presence in at least eight (8) states.

8.     As part of the UBN's organization, gang members are expected to conduct themselves and their illegal activity according to rules and regulations set by their leaders. This includes paying monthly "dues" to the organization, a percentage of the funds of which are transferred to leadership in New York, and a percentage of the funds used locally for gang business. The UBN sometimes refers to dues as "donations" or "tuition." Additionally, members of the UBN frequently utilize Western Union, Walmart to Walmart, and MoneyGram to transfer funds and or gang dues.

9.     The UBN "hood" involved in this investigation is Nine Trey Gangsters. However, the investigation has revealed that these "hoods" communicate and cooperate with other UBN "hoods" in North Carolina and elsewhere. The Nine Trey Gangsters were one of the original five (5) hoods that made up the UBN when it was formed in 1993. The UBN was formed at the Rikers Island Detention Center in New York City, and the Nine Trey Gangster

4

hood became known as the "Leaders and Breeders" because the main individuals, Leonard "Dead Eye" MCKENZIE and Omar "OG Mack" PORTEE that created the UBN were part of the Nine Trey Gangsters. Common terms identifying the Nine Trey Gangsters are "Nine Trey," "93," "Billy Bad Asses," "BBA," "Billies," "Trey Homie," and "Billy.".

10.     As the investigation has revealed so far, the UBN's primary source of income in the southeast United States is derived from illegal activity, including but not limited to, the trafficking of narcotics, burglaries, robberies, the sale of weapons, prostitution, bank fraud, and identity theft. The UBN "Hoods" in this investigation derive the majority of their proceeds from these criminal activities, which in turn are required to be transferred to gang leaders through monthly dues or other monetary "contributions." UBN members commonly carry, conceal, possess, and transfer firearms.

11.     The UBN operates as a criminal enterprise. Accordingly, the UBN regularly conducts meetings in order to discuss gang business. At these meetings, members discuss dues, rules, organizational strategies, the break-down of individual districts and, most importantly, national hierarchy. In certain circumstances meetings are designated for a certain group of members. For example, at some meetings, attendance may be restricted to higher ranking members. After those meetings, it is the responsibility of the leaders in attendance to share the information from the meeting with lower ranking members. At most UBN meetings, much like a corporate meeting, minutes are kept and roll is taken. In calling roll, the UBN documents membership, punishments and disciplines to be administered, and members that have been kicked out of the UBN. UBN members also discuss rules and knowledge at meetings. Records from the meetings must be kept at the local level and sent to the national book keeper so that the national book keeper can inform the Godfathers, the national leaders, what is going on at the

5

local levels. These records and rules are normally handwritten and maintained in notebooks, but in my experience, I have seen the records from meetings be transcribed and forwarded via text, e-mail, or social media which is known as "pushing out."

12. UBN members communicate through Facebook with other members throughout the United States. Gang members, and members of the UBN in particular, often post indicia of membership and association with the gang on their Facebook and Instagram accounts, including, but not limited to, photographs of clothing bearing gang insignias or containing gang colors; photographs of members posing together; photographs showing gang-specific "hand signs;" and photographs depicting themselves or other UBN members displaying UBN related tattoos. UBN members also post photographs of gang symbols, weapons, narcotics and gang graffiti on their accounts. I have knowledge obtained through the utilization of a Confidential Source (CS) that UBN members in the Charlotte area have used Facebook to communicate instructions regarding meetings. They also use Facebook to post photographs of themselves or other UBN gang members wearing gang colors associated with the UBN, displaying UBN tattoos, and flashing UBN gang signs, evidencing the existence of the organization and that the users of the Facebook accounts are members of the UBN. As described below, the TARGET SUBJECTS utilize Facebook and other social media forms to communicate with one another and to post messages and photographs that evidence their membership in and support of the UBN enterprise.

## PROBABLE CAUSE

13. **TARGET ACCOUNT 1:** WESLEY HOWZE, a/k/a "Drama", is a member of the UBN who was indicted on UBN related RICO charges in May of 2017. A Facebook account utilizing Facebook User Number "**100001137247042**" and Facebook User Name "**DoubleGs No**

6

Gucci" (**TARGET ACCOUNT 1**) is believed by investigators to have been HOWZE'S Facebook account prior to being indicted. Information regarding **TARGET ACCOUNT 1** was collected collaterally through several federal search warrants which were executed on Facebook. On August 27, 2018, a Preservation Request was sent to Facebook in order to preserve **TARGET ACCOUNT 1**.

    a. **TARGET ACCOUNT 1** is believed to be HOWZE'S account. Prior to the current Facebook User Name, the User Name associated with this account was "Billy Drama Howze"[1]. This Facebook User Name "Billy Drama Howze" is comprised of a reference to the Nine Trey Gangsters ("Billy"), HOWZE's gang moniker ("Drama"), and HOWZE's last name. In a photo associated with this account, HOWZE is wearing a red shirt posing with a female who is using gang hand signs which are indicative of the UBN. (See Attachment C).

    b. HOWZE utilized **TARGET ACCOUNT 1** to use gang terminology and communicate with other UBN members. In a Facebook private message from October of 2012, HOWZE wrote "Moless . U know were any jim j's for sale at ?". UBN members are known to use the term "Jim Jones" or "Jim J" as code for a firearm. In this private message, HOWZE and Patrick WRAY, who is a known UBN member and an indicted individual in the same case, discuss the type of firearm HOWZE is seeking and how much HOWZE wants to pay. (See Attachment D). In another Facebook private message from September of 2016,

---

[1] It should be noted that a Facebook User ID can be changed by the user and is not permanent.

HOWZE wrote "Lmbm". (See Attachment E). The term "LMBM" is known to be used by UBN members to mean "Love My Billies More."

c. Investigators believe that **TARGET ACCOUNT 1** contains information regarding HOWZE's participation in the UBN racketeering enterprise.

14. **TARGET ACCOUNT 2:** JALEN HACKNEY, a/k/a "Menace", is a member of the UBN who was indicted on UBN related RICO charges in May of 2017. A Facebook account utilizing Facebook User Number **"100001082755660"** and Facebook User Name **"Jalen Hackney,"** (**TARGET ACCOUNT 2**) is believed by investigators to have been HACKNEY's Facebook account prior to being indicted. Information regarding **TARGET ACCOUNT 2** was collected collaterally through a federal search warrant which was executed on Facebook. On August 27, 2018, a Preservation Request was sent to Facebook in order to preserve **TARGET ACCOUNT 2.**

a. **TARGET ACCOUNT 2** is believed to be HACKNEY'S account. The Facebook User Name used with this account is "Jalen Hackney," which is his name. In addition, the user of **TARGET ACCOUNT 2** posted profile pictures of HACKNEY utilizing UBN gang hand signs. (See Attachment E).

b. HACKNEY utilized **TARGET ACCOUNT 2** to use gang terminology and communicate with other UBN members. In one Facebook private message from February of 2015, HACKNEY and Thomas OLIVER, who is a known member of the UBN and an indicted individual in this case, discussed UBN gang business. OLIVER wrote to HACKNEY, "Shit u fall under me.so wat so df he tlkn bout." (See Attachment F). In another Facebook private message from November of 2015, HACKNEY and OLIVER discussed UBN gang dues, writing "U dnt send

8

dues til next month and u under silent but only answer 2 me til he touch." (See Attachment G). UBN members are known to have to pay dues as a part of being in the gang.

c. Investigators believe that **TARGET ACCOUNT 2** contains information regarding HACKNEY's participation in the UBN racketeering enterprise.

15. **TARGET ACCOUNTS 3 & 4:** MARQUEL CUNNINGHAM, a/k/a "Mayhem", is a member of the UBN who was indicted on UBN related RICO charges in May of 2017. Information regarding these accounts was collected collaterally through a federal search warrant which was executed on Facebook. On September 19, 2018, a Preservation Request was sent to Facebook in order to preserve **TARGET ACCOUNTS 3 & 4**.

a. A Facebook account utilizing Facebook User Number **"100011837623334"** and Facebook User Name **"Marquel Cunningham"**, (**TARGET ACCOUNT 3**) is believed by investigators to have been CUNNINGHAM's Facebook account prior to being indicted. The Facebook User Name used with this account is "Marquel Cunningham," which is his name.

b. CUNNINGHAM utilized **TARGET ACCOUNT 3** to use gang terminology and communicate with other UBN members. In one Facebook private message from July of 2016, CUNNINGHAM sent a private message to known UBN member Mashanthia KRANK which stated, "Happy born day I love you". (See Attachment H). Investigators know that in UBN terminology "born day" is the day someone was jumped into the gang.

c. A Facebook account utilizing Facebook User Number **"100002105681156"** and Facebook User Name **"Marquel Cunningham"**, (**TARGET ACCOUNT 4**) is

9

believed by investigators to have also been CUNNINGHAMS's Facebook account prior to being indicted. The Facebook User Name used with this account is "Marquel Cunningham", which is his name. In another private message sent July of 2016, CUNNINGHAM sent a private message to known UBN member Mashanthia KRANK which stated, "Who Billy Badnews (Gastonia) rock with." (See Attachment I). Investigators know UBN members utilize Facebook to validate other UBN members along with identify which set or who they are under.

d. CUNNINGHAM utilized **TARGET ACCOUNT 4** to use gang terminology and communicate with other UBN members. In one Facebook private message from August of 2014, CUNNINGHAM sent a private message to Alandus SMITH, who is a known UBN member and an indicted individual in this case, containing the message: "LIf you need some females ola". The term "Ola" is UBN terminology for "blood". (See Attachment J). In another private message sent December of 2014, CUNNINGHAM sent a Facebook private message to Renaire LEWIS, a known UBN member and an indicted individual in this case, containing the message: "you got to ball me." (See Attachment K). UBN members are known to replace the letter "c" in some words with the letter "b" as a way of showing disrespect to the rival Crips gang. In another private message sent in April of 2016, CUNNINGHAM sent a message to Frederick BANKS, who is a known UBN member and an indicted individual in this case, "Doa I hope you ass been staying Out of trouble." (See Attachment L). The term "Doa" is UBN terminology for "OK" or "Alright."

e. Investigators believe that **TARGET ACCOUNTS 3 & 4** contain information regarding CUNNINGHAM's participation in the UBN racketeering enterprise.

16. **TARGET ACCOUNT 5:** MALIK BROWN was murdered on July 26, 2016, during the commission of a robbery in Chapel Hill, North Carolina. Suspects in the murder were identified as THOMAS OLIVER, LAQUIDA POSTON, DENZEL SPIKES, JALEN HACKNEY, and RENAIRE LEWIS. The aforementioned suspects are known members of the UBN who were indicted on UBN related RICO charges in May of 2017, including on charges related to the murder of MALIK BROWN. All five suspects fled the murder scene to Moses Cone Hospital in Greensboro, North Carolina, where they were detained by police. During the investigation, police conducted a search of the vehicle used by the suspects. During this investigation, police seized marijuana, two firearms, the vehicle, and several cell phones. Ballistics testing confirmed that the firearms recovered from the trunk of the suspects' vehicle were the firearms used to murder MALIK BROWN. Of the cell phones seized from the vehicle, one belonged to HACKNEY.

a. A Facebook account utilizing Facebook User Number "**100000333986971**" and Facebook User Name "**Malik D. Brown**", (**TARGET ACCOUNT 5**) is believed by investigators to have been BROWN's Facebook account prior to being murdered. Information relating to this account was collected collaterally through a federal search warrant which was executed on the cellular telephone belonging to HACKNEY. On September 24, 2018, a Preservation Request was sent to Facebook in order to preserve **TARGET ACCOUNT 5**.

b. **TARGET ACCOUNT 5** is believed to be BROWN's account. The Facebook User Name used with this account is "Malik D. Brown", which is his name. In

11

addition, the user of **TARGET ACCOUNT 5** post profile pictures of himself. The account is still active and is set up as a memorial page through Facebook. (See Attachment M).

c.  In reviewing the cellular telephone belonging to HACKNEY, investigators located Facebook messages between HACKNEY, utilizing **TARGET ACCOUNT 2**, and BROWN, utilizing **TARGET ACCOUNT 5**, several days prior to BROWN's murder. Investigators believe that HACKNEY and the other suspects used Facebook to message BROWN in order to set up a narcotics purchase, which the suspects intended as a pretext to commit a robbery and murder of BROWN. In the Facebook messages, HACKNEY, utilizing **TARGET ACCOUNT 2**, and BROWN, utilizing **TARGET ACCOUNT 5**, discussed the potential narcotics transaction. One message from BROWN to HACKNEY stated, "Bruh if Yhu xan make it down here I'll throw Yhu 1200 for the qp niggas down here xhargin 15 for the qp and it ain't even that pressure I'm loosin money off shit". (See Attachment N).

d.  Investigators believe that **TARGET ACCOUNT 5** contains information regarding the murder suspects' involvement in the murder of MALIK BROWN.

17.  Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com. Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

12

18.     Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter. This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Facebook also assigns a user identification number to each account.

19.     Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. Facebook assigns a group identification number to each group. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

20.     Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

21.     Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items

13

available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

22.     Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

23.     Facebook users can exchange private messages on Facebook with other users. Those messages are stored by Facebook unless deleted by the user. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a chat feature that allows users to send and receive instant messages through Facebook Messenger. These chat communications are stored in the chat history for the account. Facebook also has Video and Voice Calling features, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

14

24.     If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

25.     Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

26.     Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

27.     Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

28.     Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

29.     In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

30.     Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a

15

Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

31.      Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number).  In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users.  Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

32.      As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion.  In my training and experience, a Facebook user's IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account.  This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.  For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time.  Further, Facebook account activity can show how and when the account was accessed or used.  For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access

16

their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, Facebook builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

33.     Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

**INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED**

34.     I anticipate executing this Warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the Warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B.

17

Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

35.　Based on the forgoing, I request that the Court issue the proposed search warrant.

36.　This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

37.　Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

Respectfully submitted,

_____
Michael W. Sardelis
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me on October 1, 2018:

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE

18

## ATTACHMENT A

### Property to Be Searched

This Warrant applies to information associated with the Facebook user IDs

1. Facebook User Number "**100001137247042**" (**TARGET ACCOUNT 1**)

2. Facebook User Number "**100000182755660**" (**TARGET ACCOUNT 2**)

3. Facebook User Number "**100011837623334**" (**TARGET ACCOUNT 3**)

4. Facebook User Number "**100002105681156**" (**TARGET ACCOUNT 4**)

5. Facebook User Number "**100000333986971**" (**TARGET ACCOUNT 5**)

that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California.

## ATTACHMENT B

### Particular Things to be Seized

**I.     Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user IDs listed in Attachment A:

(a)    All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b)    All activity logs for the account and all other documents showing the user's posts and other Facebook activities from March 1, 2012 to September 25, 2018;

(c)    All photos and videos uploaded by that user IDs and all photos and videos uploaded by any user that have that user tagged in them from March 1, 2012 to September 25, 2018, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d)    All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification

numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e) All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user IDs, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(f) All other records and contents of communications and messages made or received by the users from March 1, 2012 to September 25, 2018, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(g) All "check ins" and other location information;

(h) All IP logs, including all records of the IP addresses that logged into the account;

(i) All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(j) All information about the Facebook pages that the account is or was a "fan" of;

(k) All past and present lists of friends created by the account;

(l) All records of Facebook searches performed by the from March 1, 2012 to September 25, 2018;

(m) All information about the user's access and use of Facebook Marketplace;

(n) The types of service utilized by the user;

2

(o)   The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(p)   All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(q)   All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

Facebook is hereby ordered to disclose the above information to the government within 10 days of service of this Warrant.

3

## II.    Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. § 1962(c) and (d) involving **WESLEY HOWZE, JAYLEN HACKNEY, MARQUEL CUNNINGHAM,** and other persons known and unknown, and information regarding **MALIK BROWN,** who is a victim of HACKNEY and others known through this investigation **(TARGET SUBJECTS)** since March 1, 2012, including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a) Communications among United Blood Nation members as well any communication regarding United Blood Nation business or crimes including drug trafficking, robbery, and murder; photographs of United Blood Nation graffiti, symbols, paraphernalia; tattoos, and members; communication regarding extortion schemes and threats to non-United Blood Nation members; communication regarding acts of violence and efforts to avoid law enforcement apprehension; communication regarding the recruitment of new members; communication regarding the destruction of evidence; communication regarding the account user's location on the date of certain racketeering-related criminal acts; Records relating to who created, used, or communicated with the user ID, including records about their identities and whereabouts; Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(b) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

4

(c) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Facebook, and my title is

_____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Facebook. The attached records consist of _____ **[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]**. I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Facebook, and they were made by Facebook as a regular practice; and

b.      such records were generated by Facebook's electronic process or system that produces an accurate result, to wit:

1.      the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Facebook in a manner to ensure that they are true duplicates of the original records; and

2.      the process or system is regularly verified by Facebook, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____          _____
Date                                                Signature

## Attachment C



**Attachement D**

**Author**
      Ike Wray (100004165269056)
  **Sent**  2012-10-01 17:42:05 UTC
  **Body**  Doa mite kan gt u a bby gauge

**Author**  DoubleGs NoGucci (100001137247042)
  **Sent**  2012-10-01 17:40:26 UTC
  **Body**  Any type of pistol for bout 80 r sum

**Author**  Ike Wray (100004165269056)
  **Sent**  2012-10-01 17:35:08 UTC
  **Body**  Wht kind u lukin fa

**Author**  DoubleGs NoGucci (100001137247042)
  **Sent**  2012-10-01 17:33:59 UTC
  **Body**  Moless . U know were any jim j's for sale at ?

**Author**  Ike Wray (100004165269056)
  **Sent**  2012-10-01 17:32:57 UTC
  **Body**  Dnt gt no mins brah bt my math is 8287555526

**Author**  DoubleGs NoGucci (100001137247042)
  **Sent**  2012-10-01 17:11:11 UTC
  **Body**  Was yo math bra

**Attachment E**



## Attachment F

**Sent**
    2015-04-07 14:48:36 UTC
**Body** already im suppose to touchdown nxt week

**Author** Thomas Rekon Oliver (100001480755731)
**Sent** 2015-03-02 21:48:27 UTC
**Body** Fuck him u good tell em run yo shit up da line i bet he will b food or stripped fuckin wit me

**Author** Jalen Hackney (100001082755660)
**Sent** 2015-03-02 14:53:09 UTC
**Body** man he tlkin bout some we food now kuz we aint flip under him nd shit i was like he got me fucked up he not tryna shoot my shits tho

**Author** Thomas Rekon Oliver (100001480755731)
**Sent** 2015-02-23 17:18:59 UTC
**Body** Shit u fall under me.so wat so df he tlkn bout

## Attachment G

**Author** Jalen Hackney (100001082755660)
**Sent** 2015-11-18 17:21:45 UTC
**Body** Aight already

**Author** Thomas Rekon Oliver (100001480755731)
**Sent** 2015-11-18 17:08:34 UTC
**Body** U dnt send dues til next month and u under silent but only answer 2 me til he touch

**Author** Jalen Hackney (100001082755660)
**Sent** 2015-11-18 17:02:50 UTC
**Body** Like the end of October and I jus got off my curfew and shit Nov

7th

**Author** Thomas Rekon Oliver (100001480755731)
**Sent** 2015-11-18 17:01:29 UTC
**Body** Shit wen did u get out

**Author** Jalen Hackney (100001082755660)
**Sent** 2015-11-18 17:00:20 UTC
**Body** Hell naw I will in a few weeks I jus got out like 2 weeks ago so I owe a Lil bread but omm I'm fillin these applications out right now and tryna get straight wit some work when are the dues?

Facebook Business Record                    Page 13098

**Author** Marquel Cunningham (100011837623334)
   **Sent** 2016-07-17 03:47:29 UTC
   **Body** Happy born day I love you

Facebook Business Record          Page 13097

**Author** Shanty Krank (100007368191690)
   **Sent** 2016-07-18 22:37:56 UTC
   **Body** Who Billy Badnews (Gastonia) rock with

**User** Marquel Cunningham (100002105681156)
**Text** Llf you need some females ola
**Time** 2014-08-30 01:13:38 UTC

Facebook Business Record                    Page 13994

**Current** 2018-07-23 15:42:48 UTC
**Participants** Marquel Cunningham (100002105681156)
Renaire Lewis Jr. (100003400186254)

**Author** Marquel Cunningham (100002105681156)
**Sent** 2014-12-01 02:29:50 UTC
**Body** you got to ball me

## Attachments L

**User**
        Marquel Cunningham (100011837623334)
**Text** Koolin already what you getting done
**Time** 2016-04-26 16:54:21 UTC

**User** Kodak Banga (100004564515294)
**Text** Gmackin
**Time** 2016-04-26 16:59:35 UTC

**User** Marquel Cunningham (100011837623334)
**Text** Doa I hope you ass been staying Out of trouble
**Time** 2016-04-26 17:01:56 UTC



**Remembering Malik D. Brown**                                    ✕

We hope people who love Malik will find comfort in visiting his profile to remember and celebrate his life.

Learn more about the legacy contact setting and memorialized accounts on Facebook.

Remembering
**Malik D. Brown**
(Lamron)

| Timeline | About | Friends | Photos | More ▾ |

**🕓 Intro**

🍴 Worked at Food Lion

🎓 Studied at The University of North Carolina at Chapel Hill

🔊 Pronounced name MUH-leek BROWN

**📷 Photos**

**Friends · 2,752**

NO RECENT POSTS

No posts to show.

🕓

**Posts from 2016**

**Malik D. Brown** updated his profile picture.                     •••

June 26, 2016 · 🌐

## Attachment N



**Participants**

Malik D. Brown 100000333986971
Jalen.Billybloodhound Smith 100001082755660

**Conversation - Instant Messages (20)**

| | | |
|---|---|---|
| ☆ | 100000333986971 Malik D. Brown | 5/7/2016 9:10:55 PM(UTC-4) |
| | Ight | |
| | Source Extraction: Physical | |

| | | |
|---|---|---|
| ☆ | 100000333986971 Malik D. Brown | 5/7/2016 9:11:38 PM(UTC-4) |
| | J staying in graham tonight so fwm | |
| | Source Extraction: Physical | |

| | | |
|---|---|---|
| ☆ | 100001082755660 Jalen Billybloodhound Smith | 6/15/2016 2:55:36 PM(UTC-4) |
| | Bruh If Yhu xan make it down here I'll throw Yhu 1200 for the qp niggas down here xhargin 15 for the qp and it ain't even that pressure I'm loosin money off shit | |
| | Source Extraction: Physical | |

| | | |
|---|---|---|
| ☆ | 100000333986971 Malik D. Brown | 6/15/2016 3:09:57 PM(UTC-4) |
| | Im coming from the beach | |
| | Source Extraction: Physical | |

| | | |
|---|---|---|
| ☆ | 100000333986971 Malik D. Brown | 6/15/2016 3:10:01 PM(UTC-4) |
| | Who the nigga | |
| | Source Extraction: Physical | |

| | | |
|---|---|---|
| ☆ | 100000333986971 Malik D. Brown | 6/15/2016 3:10:01 PM(UTC-4) |
| | I gotta come | |
| | Source Extraction: Physical | |

| | | |
|---|---|---|
| ☆ | 100001082755660 Jalen Billybloodhound Smith | 6/15/2016 3:43:04 PM(UTC-4) |
| | I'm not far from the beach | |
| | Source Extraction: Physical | |

| | | |
|---|---|---|
| ☆ | 100001082755660 Jalen Billybloodhound Smith | 6/15/2016 3:43:53 PM(UTC-4) |
| | Nd me nd my bro goin in on it | |
| | Source Extraction: Physical | |

| | | |
|---|---|---|
| ☆ | 100000333986971 Malik D. Brown | 6/15/2016 3:44:22 PM(UTC-4) |
| | My bud in chapel hill | |
| | Source Extraction: Physical | |

| | | |
|---|---|---|
| ☆ | 100001082755660 Jalen Billybloodhound Smith | 6/15/2016 3:45:04 PM(UTC-4) |
| | Damnnnnnnnnnnnnn when Yhu goin baxk that way?? | |
| | Source Extraction: Physical | |

| | | |
|---|---|---|
| ☆ | 100001082755660 Jalen Billybloodhound Smith | 6/15/2016 3:45:49 PM(UTC-4) |
| | Matter fact ball me bruh 704 4666926 | |
| | Source Extraction: Physical | |



100000333985971 Malik D. Brown — 6/15/2016 3:59:37 PM(UTC-4)

I did

Source Extraction: Physical

1000001062755560 Jalen Billybloodhound Smith — 6/15/2016 3:51:38 PM(UTC-4)

Call back

Source Extraction: Physical

100000333985971 Malik D. Brown — 6/15/2016 3:51:58 PM(UTC-4)

Hold up

Source Extraction: Physical

100000333985971 Malik D. Brown — 6/15/2016 3:51:59 PM(UTC-4)

Wya

Source Extraction: Physical

100000333985971 Malik D. Brown — 6/15/2016 3:52:06 PM(UTC-4)

Im on the car m

Source Extraction: Physical

1000001062755560 Jalen Billybloodhound Smith — 7/20/2016 5:53:47 PM(UTC-4)

You called Malik.

Source Extraction: Physical

100000333985971 Malik D. Brown — 7/23/2016 9:56:58 PM(UTC-4)

You missed a call from Malik.

Source Extraction: Physical

100000333985971 Malik D. Brown — 7/23/2016 9:57:32 PM(UTC-4)

Yo im headed to a party in btown

Source Extraction: Physical

100000333985971 Malik D. Brown — 7/23/2016 10:52:41 PM(UTC-4)

Attachments:

https://api.facebook.com/method/messaging.get
Attachment?access_token=0ac7309757c1e435
654194ea55bd3d4b&mid=m_mid.1469328767617
40:90bad0166db5cfba43&aid=1139161706104951
3&format=binary
image-1139161706104951
(Empty File)

Source Extraction: Physical